**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IVY G. HAMILTON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 08-0703-CB-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| Defendant. | :<br>: | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 20, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of May, 2009.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**